# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**FRANK DEBARTOLO,** :
:
   **Plaintiff**       **CIVIL ACTION NO. 3:12-2438**
:
   **v.**
:       **(JUDGE MANNION)**
**CAROLYN COLVIN,**
**Acting Commissioner of the** :
**Social Security Administration**
:
   **Defendant** :

## ORDER

For the reasons stated in the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) The plaintiff's appeal of the decision of the Commissioner of Social Security, (Doc. No. 1), is **GRANTED**;

(2) The decision of the Commissioner is **REVERSED**;

(3) The Commissioner is directed to award plaintiff disability insurance benefits from June 4, 2010;

(4) The Clerk is **ORDERED** to close this case.


                          s/ *Malachy E. Mannion*
                          **MALACHY E. MANNION**
                          **United States District Judge**

**Date: May 15, 2014**